AARON J. ROMANO, ESQ.
By: Aaron J. Romano #20100
45 Wintonbury Avenue, Suite 107
Bloomfield, CT 06002
(860) 286-9026

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CASE NO. 14CV469(RNC) |
| Plaintiff, | : | |
| | : | **COMPLAINT FOR VIOLATION OF** |
| v. | : | **CIVIL RIGHTS; 42 U.S.C. § 1983 AND** |
| | : | **VIOLATION OF THE SUPREMACY** |
| | : | **CLAUSE/ PREEMPTION DOCTRINE** |
| CONNECTICUT DEPARTMENT OF | : | |
| CORRECTIONS; JAMES DZURENDA, | : | |
| COMMISSIONER; CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN AND | : | |
| FAMILIES; JOETTE KATZ, | : | |
| COMMISSIONER | : | APRIL 16, 2014 |

## JANE DOE'S MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. Pro. 45(c), Jane Doe, by and through her attorney, Aaron J. Romano, Esquire, respectfully moves that a protective order be entered limiting the dissemination of the contents of Doe's DCF or Juvenile Court file only under seal to the instant court.

In support of the said motion, the undersigned avers the following:

1. On April 15, 2014, the DCF sought an *ex parte* Order from the Juvenile Court permitting the disclosure of contents of Doe's Juvenile Court file (in contravention to its agreement with counsel that no *ex parte* proceedings would be filed during the pendency of the instant litigation).

2. This *ex parte* Order presumably limits disclosure to the instant court for purposes of the

current proceedings.[1]

3. C.G.S. §46b-124(c)-(e) protects the confidentiality of cases involving delinquency proceedings.

4. The undersigned requests that this privilege of confidentiality extend to these proceedings. Von Bulow v. Von Bulow, 811 F.2d 136, 141 (2nd Cir. 1987) (pursuant to comity and respect for privacy of children); U.S. v. One Parcel of Property at 31-33 York St, 930 F.2d 139, 141 (2nd Cir. 1991) (as a matter of comity, federal courts accord deference to state created privileges); In Re Cruz, 561 F.Supp. 1042, 1043 (D. Conn 1983)("A strong policy of comity between state and federal sovereignties impels federal courts to recognize state privileges where this can be accomplished at no substantial cost to federal substantive and procedural policy.")

5. Pursuant to this Court's general authority, the undersigned requests that any reference to DCF or Juvenile Court records be sealed and redacted copies be filed with the court.

WHEREFORE, the reasons articulated above, the undersigned requests that this Motion for Protective Order be granted.

this 16th day of April, 2014

Respectfully submitted,
*/s/ Aaron J. Romano*
Aaron J. Romano, Esq. Bar ID # 20100
Aaron J. Romano P.C.
45 Wintonbury Avenue, Suite 107
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 286-9028
aaronromano@attorneyaaronromano.com

---

[1] Counsel who moved for the Order, Michael J. Besso, AAG, has not provided the undersigned with a copy of the ex parte motion or Order.

## CERTIFICATION OF SERVICE

      I hereby certify that, on this 16th day of April 2014, the Defendant's Motion for Protective Order was filed electronically and sent by first-class mail, postage prepaid, to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By:    */s/ Aaron J. Romano*
             Aaron J. Romano, Esq. Bar ID # 20100
             Aaron J. Romano, P.C.
             45 Wintonbury Avenue, Suite 107
             Bloomfield, CT 06002
             Tel (860) 286-9026
             Fax (860) 286-9028
             Aaronromano@attorneyaaronromano.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | CASE NO. 14CV469(RNC) |
| Plaintiff, | : | |
| | : | **COMPLAINT FOR VIOLATION OF** |
| v. | : | **CIVIL RIGHTS; 42 U.S.C. § 1983 AND** |
| | : | **VIOLATION OF THE SUPREMACY** |
| | : | **CLAUSE/ PREEMPTION DOCTRINE** |
| CONNECTICUT DEPARTMENT OF CORRECTIONS; JAMES DZURENDA, COMMISSIONER; CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES; JOETTE KATZ, COMMISSIONER | : | |

# O R D E R

AND NOW, to wit, this _____ day of _____, 2014, upon consideration of the foregoing petition and upon motion of Aaron J. Romano, Esquire, attorney for the Plaintiff, Jane Doe, it is hereby ORDERED AND DECREED that the Motion for Protective Order is GRANTED/DENIED.

BY THE COURT:

_____
J.