UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE :<br>by and through her guardian ad litem, :<br>Sarah F. Russell, :<br>        Plaintiff, :<br>    :<br>V. :<br>    :<br>CONNECTICUT DEPARTMENT OF :<br>CORRECTION; JAMES DZURENDA, :<br>COMMISSIONER, individually and in his official :<br>capacity; SCOTT SEMPLE, COMMISSIONER, :<br>individually and in his official capacity, :<br>CONNECTICUT DEPARTMENT OF CHILDREN :<br>AND FAMILIES; JOETTE KATZ, :<br>COMMISSIONER, individually and in her official :<br>capacity; WILLIAMROSENBECK, individually :<br>and in his official capacity :<br>        Defendants. : | CASE NO. 3:14CV469 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br>April 7, 2015 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses this action, without prejudice, as to all defendants.

THE PLAINTIFF

<u>/s/ David N. Rosen</u>
David N. Rosen (ct00196)
David Hunter Smith (ct29087)
James P. Maguire (ct29355)
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
(203) 789-1605 Fax
drosen@davidrosenlaw.com
hsmith@davidrosenlaw.com
jmaguire@davidrosenlaw.com

Sarah French Russell, *as Guardian Ad Litem*
Legal Clinic, Quinnipiac University School of Law
275 Mt. Carmel Ave.
Hamden, CT 06518
(203) 382-3238
(203) 582-3237
CT26604
sarah.russell@quinnipiac.edu

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By /s/ David N. Rosen
David N. Rosen